# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135482 & (46)(50)(61)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GEORGE V. PETERSEN,
      Plaintiff-Appellant,

v

RIVERVIEW POLICE DEPARTMENT, ET AL.,
JEFFERY KLAFT, DAVID RUDICIL,
and MICHAEL P. MCCARTHY,
      Defendants-Appellees.

SC: 135482
COA: 276558
Wayne CC: 05-529336-PD

_____/

On order of the Court, the application for leave to appeal the September 26, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for peremptory reversal, to remand, and to strike are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

p0421